No. 89–5043.   NELSON *v.* CITY OF MILWAUKEE.   Sup. Ct. Wis.   Certiorari denied.

No. 89–5045.   HAZIME *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 89–5046.   TELEPO *v.* SCHEIDEMENTEL, SUPERINTENDENT, ADULT DIAGNOSTIC AND TREATMENT CENTER, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 89–5047.   SZYMANSKI *v.* BUDGET RENTAL.   C. A. 6th Cir. Certiorari denied.

No. 89–5048.   OTERO *v.* FLORIDA ET AL.   C. A. 11th Cir. Certiorari denied.

No. 89–5049.   NEYLAND *v.* HENSHAW ET AL.   C. A. 5th Cir. Certiorari denied.

No. 89–5050.   BRADLEY *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 89–5051.   BENNETT *v.* ESTELLE.   C. A. 5th Cir.   Certiorari denied.

No. 89–5052.   BRYAN *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 89–5054.   MARSHBURN *v.* RICHARD ET AL.   C. A. 4th Cir. Certiorari denied.

No. 89–5055.   MORRISON *v.* MINNESOTA.   Ct. App. Minn. Certiorari denied.

No. 89–5059.   SZYMANSKI *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 89–5061.   FILMORE *v.* UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT.   C. A. 8th Cir.   Certiorari denied.

No. 89–5063.   ALBRIGHT *v.* ALAN NEUMAN PRODUCTIONS, INC.   C. A. 9th Cir.   Certiorari denied.

No. 89–5064.   DOWLING *v.* VIRGIN ISLANDS.   C. A. 3d Cir. Certiorari denied.